UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NICOLE WALSH, As Administrator of the Estate of
JAMES MATTHEW WALSH and NICOLE WALSH,
Individually,

       Plaintiff,

  -against-

RICHARD PISANO, M.D., JENNY DELFIN, M.D.,
JOCELYN LITTLE, R.N., JP MORGAN CHASE & CO.
AND JP MORGAN CHASE HEALTH & WELLNESS
CENTER,

       Defendants.
------------------------------------------------------------------X

Civil Action No.
1:16-cv-04589(LAK)

**STIPULATION**

  **IT IS HEREBY STIPULATED AND AGREED** that the time for JPMorgan Chase & Co. ("JPMC") and JPMorgan Chase Health &Wellness Centers Plan s/h/a JP Morgan Chase Health and Wellness Center (the "Plan"), to answer or otherwise respond to the Verified Complaint in this action is extended up to and including August 5, 2016;[1]

  **IT IS FURTHER STIPULATED AND AGREED** that the time for the Defendants to file their opposition papers in response to Plaintiffs' Motion to Remand is extended up to and including August 5, 2016[2] and the Plaintiffs' time to submit reply papers in further support of their Motion to Remand is extended up to and including September 2, 2016; and

  **IT IS FURTHER STIPULATED AND AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

---

[1] This is the second time the parties have stipulated to extend Defendants JPMC and the Plan's time to respond to the Verified Complaint. (*See* Doc. No. 9).
[2] This is the Defendants first request for an extension of time to file opposition papers in response to Plaintiffs' Motion to Remand.

83535451v1

Dated:  New York, New York
        July 13, 2016

_____
Barry Washor
Matthew Maiorana
233 Broadway, Suite 1800
New York, NY 10279
Tel (212) 406-1700
Fax (212) 406-2313
*Attorney for Plaintiff*

_____
Michael H. Bernstein
Matthew P. Mazzola
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Health & Wellness Centers Plan s/h/a JP Morgan Chase Health and Wellness Center*

_____
Robert J. Cecala
Aaronson, Rappaport, Feinstein
& Deutsch, LLP
600 Third Avenue
New York, N.Y. 10016
*Attorneys for Defendant Jenny Delfin, M.D.*

_____
Bruce Morgan Brady
Callan, Koster, Brady & Brennan, LLP
One Whitehall Street
New York, N.Y. 10004
(212) 248-8800
*Attorneys for Defendant Richard Pisano, M.D.*

So Ordered:

_____
Hon. Lewis A. Kaplan
United States District Judge

7/20/16

--------

*** Defendant Jocelyn Little has not appeared in this matter and, as such, is not a party to this Stipulation.

83535451v1

Dated:    New York, New York
               July 13, 2016

| | |
|---|---|
| Barry Washor<br>Matthew Maiorana<br>233 Broadway, Suite 1800<br>New York, NY 10279<br>Tel (212) 406-1700<br>Fax (212) 406-2313<br>*Attorney for Plaintiff* | Michael H. Bernstein<br>Matthew P. Mazzola<br>SEDGWICK LLP<br>225 Liberty Street, 28th Floor<br>New York, New York 10281-1008<br>Telephone: (212) 422-0202<br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Health &Wellness Centers Plan s/h/a JP Morgan Chase Health and Wellness Center* |
| *[signature]*<br>Robert J. Cecala<br>Aaronson, Rappaport, Feinstein<br>& Deutsch, LLP<br>600 Third Avenue<br>New York, N.Y. 10016<br>*Attorneys for Defendant Jenny Delfin, M.D.* | Bruce Morgan Brady<br>Callan, Koster, Brady & Brennan, LLP<br>One Whitehall Street<br>New York, N.Y. 10004<br>(212) 248-8800<br>*Attorneys for Defendant Richard Pisano, M.D.* |

So Ordered:

_____
Hon. Lewis A. Kaplan      *LAK*
United States District Judge

*** *Defendant Jocelyn Little has not appeared in this matter and, as such, is not a party to this Stipulation.*